UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-21885-CIV-COOKE/GOODMAN

ANTONIO HERNANDEZ,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.
_____/

### ORDER ADMINISTRATIVELY CLOSING CASE ON NOTICE OF SETTLEMENT

**THIS MATTER** comes before me on the Defense Counsel's Telephonic Notice of Settlement received in Chambers on December 7, 2021. The parties have conditionally settled this matter, and it will be administratively closed pending the parties filing a stipulation of final dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or moving for dismissal under Rule 41(a)(2).

A stipulation of final dismissal, or a motion for dismissal, must be filed within 45 days of this Order. In the event a stipulation of final dismissal is filed under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the parties desire the Court to have continuing jurisdiction to enforce the terms of the settlement agreement, they must condition the stipulation on this Court entering an order retaining jurisdiction. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). The Clerk is directed to *administratively* **CLOSE** this case. All pending motions are **DENIED** *as moot*. And all pending/upcoming hearing dates are **CANCELED**.

**DONE and ORDERED** in Chambers, in Miami, Florida, this 7th day of December 2021.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies provided to:
*Counsel of Record*