UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 20-21885-CIV COOKE/GOODMAN

ANTONIO HERNANDEZ,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court on the parties' Stipulation of Final Dismissal with Prejudice (ECF No. 69). The Court being fully advised that counsel for the parties agree to the form and entry of this Order of Final Dismissal with Prejudice, it is **ORDERED AND ADJUDGED** as follows:

(i) The above-styled action is **DISMISSED WITH PREJUDICE**.

(ii) Each party shall bear their own attorney's fees, costs, and expenses.

(iii) Any pending motions are **DENIED AS MOOT**.

(iv) Pursuant to the parties' request and *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), this Court retains jurisdiction to enforce the terms of the Stipulation for Compromise Settlement and Release for a period of 120 days.

(v) The Clerk of the Court is directed to **CLOSE** this case.

**DONE and ORDERED** in chambers, at Miami, Florida, this 29th day of December 2021.

*[signature: Marcia G. Cooke]*

MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*